[No. 58234-8-I.  Division One.  June 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN E. TRASK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13167-1, Brian D. Gain, J., entered May 12, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58275-5-I.  Division One.  June 18, 2007.]

*In the Matter of the Interest of* G.A.L.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MARIA HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-7-01514-1, Nancy Bradburn-Johnson, J. Pro Tem., entered May 8, 2006. *Dismissed* by unpublished per curiam opinion.

[No. 58356-5-I.  Division One.  June 18, 2007.]

GOLRIZ N. AMIRI, *Appellant*, v. THE DEPARTMENT OF HEALTH, MEDICAL QUALITY ASSURANCE COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-29213-0, Nicole MacInnes, J., entered May 19, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58367-1-I.  Division One.  June 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. N.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-05821-0, Philip G. Hubbard, Jr., J., entered May 11, 2006. *Affirmed* by unpublished per curiam opinion.